[No. 36930-3-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RALPH NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-1-00648-3, James J. Stonier, J., entered October 25, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 36994-0-II. Division Two. May 5, 2009.]

THE STATE OF WASINGTON, *Respondent*, v. LARRY D. HOUSE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 06-1-00690-3, Nelson E. Hunt, J., entered November 13, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37011-5-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ERIC GAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00359-4, Robert L. Harris, J., entered November 8, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37024-7-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY K. ERWIN, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated January 20, 2010. Substitute opinion filed. See ___ Wn. App. ___.